SEALED

THOMAS E. PEREZ
Assistant Attorney General - Civil Rights Division
PATRICIA A. SUMNER
Trial Attorney
601 D Street NW, 5th Floor
Washington, DC 20530
(202) 616-4719/Fax: (202) 514-8336

DANIEL G. BOGDEN
United States Attorney
KATHLEEN BLISS
Assistant United States Attorney
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:12-cr-063 |
| vs. | ) |
| | ) **GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND ORDER OF THE COURT GRANTING MOTION** |
| ROSS HACK, MELISSA HACK, AND LELAND JONES | ) |
| Defendants. | ) |

The United States of America, by and through Daniel G. Bogden, United States Attorney, Thomas E. Perez, Assistant Attorney General - Civil Rights Division, Patricia A. Sumner, Trial Attorney, and Kathleen Bliss, Assistant United States Attorney, and respectfully requests that this Court enter an order unsealing the Indictment herein upon the arrest of defendant **LELAND JONES** and/or **MELISSA HACK**. The United States submits to the Court that, upon the arrest of either defendant, there no longer is a need for the Indictment to be sealed.



The United States further requests that, upon the arrest of either defendant, the Court grant the United States leave to file a notification with the Clerk of the Court that the Indictment should be unsealed.

DATED: this 28th day of February 2012

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

KATHLEEN BLISS
Assistant United States Attorney

THOMAS E. PEREZ
Assistant Attorney General - Civil Rights Division

PATRICIA A. SUMNER
Trial Attorney

**ORDER**

MOTION OF THE UNITED STATES IS HEREBY GRANTED AND IT IS SO ORDERED THAT:

1. UPON THE ARREST OF EITHER DEFENDANT, THE INDICTMENT HEREIN SHALL BE UNSEALED AND

2. THE CLERK OF THE COURT, UPON NOTIFICATION BY THE UNITED STATES OF THE ARREST, SHALL UNSEAL THE INDICTMENT HEREIN.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/28/12