**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                          )<br>                                                          )<br>vs.                                                    )<br>                                                          )<br>                                                          )<br>Ross Hack                                      )<br>Melissa Hack                                 )<br>        Defendants.                         )<br>_____) | Case No.:    2:12-CR-00063-PMP-NJK<br><br>ORDER GRANTING<br>DEFENDANTS' MOTION FOR<br>EXTENSION OF TIME |

   NOW COME the Defendants Ross Hack and Melissa Hack upon their joint Motion For Extension of Time (from June 3, 2013 until June 24, 2013) to submit their Memoranda relative to pre-authorization to counsel for the United States.  GOOD CAUSE APPEARING, and for the reasons set forth in the defendants' Motion for Extension of Time, the Motion is GRANTED.

   The defendants Ross Hack and Melissa Hack must submit their Memoranda relative to pre-authorization upon counsel for the United States on or before June 24, 2013.

   IT IS SO ORDERED.

   Dated:  _May 21, 2013.

                                                                     _____
                                                                     Hon. Philip M. Pro
                                                                     United States District Judge