# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>       Plaintiff, )<br>           )<br>vs. )<br>           )<br>MELISSA HACK, ROSS HACK, )<br>and LELAND JONES, )<br>           )<br>       Defendants. )<br>_____) | Case No.  2:12-cr-00063-PMP-CWH<br><br>**ORDER** |

This matter came before the undersigned Magistrate Judge for hearing on several pending pretrial motions on March 6, 2014. The Court heard oral argument and made several rulings on the record. Those rulings, as generally captured in the Court's minutes (#231), are as follows:

   1. Defendants' Motion to Inspect and Produce Personnel Files of Federal Law Enforcement Officers (#183) was **granted**. The Government indicated in its response (#211) that it was aware of its obligations under *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991) and would comply with those obligations.

   2. Defendants' Motion for Notice of Intent to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b) (#184) was **granted**. Near the end of the hearing, counsel for the parties indicated that they had resolved this motion without further need for court intervention. The Government agreed that it would produce 404(b) information at least **21 days before trial**.

   3. The parties discussed Defendants' Motion for Pretrial Brady Information. (#185). The undersigned will issue a written order.

   4. Defendants' Motion to Amend the Protective Order (#186) was **granted**. The parties generally agree on the proposed amendments. To the extent there was disagreement, the undersigned finds good cause to adopt the proposed amendments to the protective order (#108) identified and set forth in Defendants' motion (#186) at 2:17-3:6.

     5. The parties mentioned the pending Motion to Sever. (#197). The Court will address this by separate order.

     6. The parties and the Court discussed the pending Motion for Pretrial Determination of Federal Jurisdiction in 1998 Over the Geogrphic Area. (#198). The parties appear to agree that an evidentiary hearing is necessary. Thus, the parties shall submit a joint written status report by **Tuesday, March 11, 2014 at 12:00 PM** providing an estimate as to length of time such evidentiary hearing would last and the number of witnesses the parties anticipate calling. The Court will contact the parties to schedule an evidentiary hearing.

     7. The parties also discussed the recently filed Motion for Return of Property (#227), filed by Defendant Ross Hack. Government counsel indicated that he did not believe there was any objection, but that he needed additional time to determine whether the property in question was in the Government's custody. The Court hereby shortens time for the Government's response to **Friday, March 14, 2014**. Replies, if any, shall be filed by **Tuesday, March 18, 2014**.

     **IT IS SO ORDERED**.

     DATED: March 7, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**