1  DANIEL G. BOGDEN
   United States Attorney
2  ERIC JOHNSON
   Chief, Criminal Division
3  Assistant United States Attorney
   Las Vegas, Nevada  89101
4  (702) 388-6336 (Telephone)
   (702) 388-6418 (Fax)
5

6                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
7

8  UNITED STATES OF AMERICA,        )    2:12-cr-0063-PMP-CWH
                                    )
9          Plaintiff,                )    MOTION UNDER LR IA 10.3
                                    )    FOR DEPARTMENT OF JUSTICE
10      v.                          )    TRIAL ATTORNEY TO APPEAR
                                    )    IN THIS COURT ON BEHALF OF
11 ROSS HACK et al.,                )    THE UNITED STATES
                                    )
12         Defendants.              )
   _____  )

13       The United States of America, by and through Daniel G. Bogden, United States Attorney,

14 and Eric Johnson, Chief, Criminal Division, Assistant United States Attorney, respectfully

15 moves for United States Department of Justice, Civil Rights Division, Trial Attorney Julia

16 Gegenheimer to be permitted to appear in this Court in the above captioned case under LR IA

17 10.3.  Ms. Gegenheimer is a member in good standing of the New York State Bar, Third

18 Appellate Department.  In addition, she is employed by the United States as an attorney, and in

19 . . .

20 . . .

21 . . .

22 . . .

23 . . .

24 . . .

1

1   the course and scope of her employment has occasion to appear in this Court on behalf of the

2   United States.

3       Dated this 17th day of April, 2014.

4                              DANIEL G. BOGDEN
                           United States Attorney

5

6                              _____
                           ERIC JOHNSON
                           Chief, Criminal Division

7                              Assistant United States Attorney

8   IT IS SO ORDERED_____

9              UNITED STATES DISTRICT MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24