RENE VALLADARES
Federal Defender
MICHAEL J. KENNEDY
Nevada State Bar #10103
Colorado State Bar #17868; California State Bar #193901
Chief Assistant Federal Defender
201 West Liberty Street, Suite 102
Reno, Nevada 89501
Telephone (702) 388-5141 (Las Vegas direct line)
Telephone (775) 321-8455 (Reno direct line)
michael_kennedy@fd.org
Attorney for Defendant Ross Hack

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROSS HACK,<br>MELISSA HACK, and<br>LELAND JONES<br><br>    Defendants. | No. 2:12-cr-63-PMP-CWH<br><br>**Stipulation To Extend The Date From May 13, 2014 To May 30, 2014 For The Filing Of Joint Proposed Case Specific Jury Questionnaire** |

IT IS HEREBY STIPULATED AND AGREED, by and between Patricia A. Sumner and Julia Gegenheimer, United States Department of Justice, Civil Rights Division, Trial Attorneys, and Nicholas Dickinson, Assistant United States Attorney, counsel for the United States of America, and Michael Kennedy, Chief Assistant Federal Public Defender, counsel for Ross Hack, Brent Bryson and Gabriel Grasso, counsel for Melissa Hack, and James Hartsell, counsel for Leland Jones, that the time for filing the joint proposed case specific jury questionnaire (see C.R. 237, 03/17/2014 minutes of proceedings) should be extended from Tuesday, May 13, 2014 to up and including Friday, **May 30, 2014**.

The present trial date of **Monday, August July 18, 2014 at 9:00 a.m** and the present pretrial conference of **Tuesday, August 12, 2014 at 9:00 a.m.** remain unchanged by this stipulation as it applies only to the date for filing the proposed joint case specific jury questionnaire. There is no

Speedy Trial Act impact from this stipulation as time has previously been excluded up to and including the August 18, 2014 jury trial date.

DATED: May 9, 2014

**Plaintiff United States**

DANIEL G. BOGDEN
United States Attorney

<u>*/s/ Nicholas D. Dickinson*</u>      <u>*/s/ Patricia A. Sumner*</u>
Nicholas D. Dickinson, Esq.            Patricia A. Sumner, Esq.
Assistant United States Attorney       Trial Attorney, U.S. Dept. Of Justice
Attorney for United States             Civil Rights Division
                                       Attorney for United States

**Defendants Hack, Hack and Jones**

<u>*/s/ Michael J. Kennedy*</u>
Michael J. Kennedy, Esq.
Chief Assistant Federal Defender
Attorney for Ross Hack

<u>*/s/ Gabriel L. Grasso*</u>
E. Brent Bryson, Esq.
Gabriel L. Grasso, Esq.
Attorneys for Melissa Hack

<u>*/s/ James Hartsell*</u>
James Hartsell, Esq.
Attorney for Leland Jones

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROSS HACK,<br>MELISSA HACK, and<br>LELAND JONES,<br><br>    Defendants. | 2:12-cr-063-PMP-CWH<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that good cause exists for adopting the proposed extension of time to file the joint proposed case specific jury questionnaire. The trial date of August 18,, 2014 remains unchanged.

**CONCLUSIONS OF LAW**

The Court finds that this request for a continuance of the pretrial motions schedule will not impact the Speedy Trial Act as the court has previously set a trial date of August 18, 2014 and previously determined that, pursuant to the parties stipulation, that the ends of justice served by doing so outweigh the defendants' and public's best interests in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**ORDER**

IT IS ORDERED THAT the joint proposed case specific jury questionnaire shall be filed on or before **May 30, 2014**.

DATED 12 day of May, 2014.

PHILLIP M. PRO
SENIOR UNITED STATES DISTRICT JUDGE

3