DANIEL G. BOGDEN
United States Attorney
District of Nevada
NICHOLAS D. DICKINSON
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

JOCELYN SAMUELS
Acting Assistant Attorney General – Civil Rights Division
PATRICIA A. SUMNER
Trial Attorney
601 D Street NW, 5th Floor
Washington, D.C. 20530
202-616-4719

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-063-PMP-CWH |
| Plaintiff, | |
| vs. | MOTION TO UNSEAL GOVERNMENT'S MOTION IN LIMINE TO ADMIT AT TRIAL DEFENDANT JONES'S STATEMENTS |
| ROSS HACK, MELISSA HACK, and LELAND JONES, | |
| Defendants. | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Nicholas D. Dickinson, Assistant United States Attorney, for the District of Nevada, and by and through Jocelyn Samuels, Acting Assistant Attorney General, and Patricia A. Sumner and Julia Gegenheimer, Trial Attorneys, for the Civil Rights Division of the Department of Justice, hereby moves to unseal the government's Motion in Limine to Admit at Trial Defendant Jones's Statements (Doc. 241).  On March 6, 2014, Judge Hoffman granted defendant Ross Hack's

1 | Motion to Amend C.R. 108 (the confidential discovery protective order) in which defendant
2 | Hack proposed the following amendment to the protective order, among others: "references to
3 | the identity of witnesses and to the content of statements should be permitted in pretrial motions,
4 | pleadings and other documents filed with the court – the complete statement if necessary would
5 | be filed under seal." Document 186 at pp. 2-3.  In accordance with Judge Hoffman's verbal
6 | order granting defendant Hack's motion, the government requests that the Court unseal the
7 | government's Motion in Limine to Admit at Trial Defendant Jones's Statements (Doc. 241).
8 | However, also in accordance with Judge Hoffman's order amending the protective order, the
9 | exhibits filed with the government's motion – which are complete witness statements, including
10 | grand jury transcripts – should remain under seal.

11 | Dated this 5th day of June 2014.

13 | Respectfully submitted,

14 | IT IS SO ORDERED:

15 | DANIEL G. BOGDEN
United States Attorney

16 | _____
17 | PHILIP M. PRO, U.S. District Judge
June 6, 2014

By: /s/ Nicholas D. Dickinson
NICHOLAS D. DICKINSON
Assistant United States Attorney

JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division

By: /s/ Patricia A. Sumner
PATRICIA A. SUMNER
Trial Attorney

By: /s/ Julia Gegenheimer
JULIA GEGENHEIMER
Trial Attorney