UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ROSS HACK, MELISSA HACK, and LELAND JONES,<br><br>   Defendants. | 2:12-CR-00063-PMP-CWH<br><br>ORDER |

  IT IS ORDERED that a pretrial conference is hereby set for Tuesday, July 8, 2014, at 10:00 a.m. before the Honorable Philip M. Pro, in Courtroom 4B in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101, to consider the following matters:

  1. Defendant Ross Hack's Objections (Doc. #273) to the Report and Recommendation (Doc. ##270) on Defendant Ross Hack's Motion for the Court to Determine Pre-Trial Whether Federal Jurisdiction Existed (Doc. #198);

  2. Plaintiff United States' Moton in Limine to Admit at Trial Defendant Jones's Statements (Doc. #241); and

  3. Defendant Ross Hack's Motion to Use a Case Specific Jury Questionnaire (Doc. #189 & #256).

IT IS FURTHER ORDERED that counsel for the parties shall confer prior to the conference and be prepared to discuss in detail their trial estimates for the case to enable the jury administrator to pre-qualify a sufficient number of prospective jurors for trial.

DATED: June 23, 2014

_____
PHILIP M. PRO
United States District Judge